■ RUPERT BLAKE et al., Respondents-Appellants, v NEIGHBORHOOD HOUSING SERVICES OF NEW YORK CITY, INC., Appellant-Respondent, et al., Defendant. (And Other Actions.) [694 NYS2d 22] —Order, Supreme Court, Bronx County (Alan Saks, J.), entered September 15, 1998, which, inter alia, denied the cross motion of defendant Neighborhood Housing Services (NHS) for summary judgment dismissing the complaint and denied plaintiffs' cross motion for summary judgment on the issue of defendant NHS's liability pursuant to Labor Law § 240 (1), unanimously affirmed, without costs.

The motion court properly denied plaintiff's cross motion for summary judgment as to liability upon his Labor Law § 240 (1) claim as against defendant NHS. The court also properly denied defendant NHS's motion for summary judgment dismissing the complaint, since a triable issue of fact exists as to whether defendant NHS directed, supervised, and controlled plaintiff's work, and may therefore be subject to liability under Labor Law § 200, and under Labor Law § 240 (1) .and § 241 (6) as a statutory "agent" (see, Russin v Picciano & Son, 54 NY2d

311, 318; *Bjelicic v Lynned Realty Corp.*, 152 AD2d 151, 153, *appeal dismissed* 75 NY2d 947). Concur—Ellerin, P. J., Mazzarelli, Rubin, Andrias and Buckley, JJ.